657 A.2d 433

IN THE MATTER OF EDWARD J. KELLEY, AN ATTORNEY AT LAW.

May 3, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending the admonition of **EDWARD J. KELLEY** of

**FRANKLIN LAKES,** who was admitted to the bar of this State in 1985, for violation of *RPC* 1.15(b) (retention of interest generated on trust account funds) and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and the Disciplinary Review Board is directed to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.